UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

DEC - 4 2024

AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

CHRISTOPHER WRIGHT

Plaintiff(s),

v.

Defendant(s).

L.T SORRENTINO, SGT SGAGLIONE, P.O VALENCIAS
P.O ANGELONE, P.O TATZEL, P.O LEN

**COMPLAINT**
(Pro Se Prisoner)

Case No. 8:24-W-
(Assigned by Clerk's Office upon filing)

Jury Demand
☑ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.   **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II.    PLAINTIFF(S) INFORMATION

Name: CHRISTOPHER WRIGHT

Prisoner ID #: 24-B-1418

Place of detention: UPSTATE CORRECTIONAL FACILTY

Address: 309 BARE HILL ROAD P.O BOX 2001

MALONE, NY 12953

Indicate your confinement status when the alleged wrongdoing occurred:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

16A1461, 19R1265 4412202315

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1: TATZEL, DREW
Name (Last, First)

POLICE OFFICER
Job Title

167-02 BAISLEY BLVS
Work Address

QUEENS        NY        11434
City          State      Zip Code

Defendant No. 2: ANGELONE, JOSEPH
Name (Last, First)

POLICE OFFICER
Job Title

2

167-02 BASLEY BLVD
Work Address

QUEENS          NY     11434
City             State        Zip Code

Defendant No. 3:  SORRENTINO, THOMAS
Name (Last, First)

L.T
Job Title

167-02 BASLEY BLVD
Work Address

QUEENS          NY     11434
City             State        Zip Code

Defendant No. 4:  VALINCUUS, RYAN
Name (Last, First)

POLICE OFFICER
Job Title

167-02 BASLEY BLVD
Work Address

QUEENS          NY     11434
City             State        Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

DEFENDANT NO. 5: SGAGLIONE, JAMES
SGT
167-02 BASELEY BLVD
QUEENS, NY 11434


DEFENDANT NO. 6: UEN, PATRICK
POLICE OFFICER
167-02 BASELEY BLVD
QUEENS, NY 11434

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

(SEE FOLLOWING PAGE)

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

ON SEP 15, 2022, I WAS STANDING NEAR AN STAIRCASE IN THE BASILEY L. P GARDEN CO-OP BUILDING ON 125-01 SUTPHIN BLVD JAMAICA, NY 11436 APPROX AT 10:20PM I WAS SURROUNDED BY 3 POLICE OFFICERS BY THE NAME OF ANGELONE, JOSEPH (P.O), TATZEL, DREW (ARRESTING OFFICER) AlSO SORRENTINO THOMAS (L.T) I WAS THEN ASKED MY NAME AND MY RESPONCE WAS "AM I UNDER ARREST" WITH MY HANDS RAISED THE OFFICER WHO STOOD BEHIND ME BY THE NAME OF ANGELONE SAID AGAIN WHAT IS MY NAME? ME BEING IN THE STATE OF SHOCK I ASKED AGAIN "AM I BEING PLACED UNDER ARREST?"

BY THEN (L.T) SORRENTINO, THOMAS TOOK A STEP BACK AND PULLED HIS TAZER I TOLD All THE OFFICERS LOUD & CLEAR "I HAVE A HEART PROBLEM AND I AM COMPLYING WITH THEM" HANDS STILL RAISED. IN THAT MOMENT I FELT (P.O) TATZEL, DREW PUT A HANDCUFF ON MY RIGHT WRIST. WHEN I TURNED TO OFFICER TATZEL I THEN FELT A SHARP PAIN IN MY UPPER BACK FROM (L.T) SORRENTINO, THOMAS TAZER. FROM THERE OFFICER ANGELONE THEN GRABBED MY LEFT ARM AND TOOK ME DOWN TO THE GROUND WHILE I SCREAMED FOR "HELP" (L.T) SORRENTINO THEN PLACED ANOTHER CARTRIDGE IN HIS TAZER AND TAZED AGAIN. WHILE OFFICER TATZEL STILL HELD ONTO THE CUFF ON MY RIGHT WRIST DUE TO HIM HOLDING ON TO THE CUFF WHILE OFFICER ANGELONE PINNED ME TO THE GROUND. I THEN HEARD (L.T) SORRENTINO YELL "GUN" THAT IS WHEN I FELT OFFICER ANGELONE START TO HIT ME IN THE BACK OF MY HEAD WHILE I WAS YELLING FOR HELP (P.O) ANGELONE STATED "IT'S OVER".

FROM THEIR IS WHEN 3 OTHER OFFICERS RAN OVER TO ME BY THE NAME OF (P.O) VALINCHUS, (P.O) HEN, PATRICK, (SGT) SGAGLIONE, JAMES, THEN ON OFFICER VALINCHUS, RYAN CAME OVER TO ME WHILE OFFICER TATZEL STILL HELD ON TO THE CUFF ON MY RIGHT WRIST ALSO WHILE OFFICER ANGELONE STILL HAD ME PINNED TO THE GROUND OFFICER VALINCHUS THEN BEGAN TO STRIKE ME IN THE HEAD AND FACE AREA WHILE (L.T) SORRENTINO, THOMAS ALSO CAME AND TOOK THE CARTRIDGE OFF HIS TAZER AND BEGAN TO TAZE ME IN THE BACK AREA WHILE PULLING MY HAIR. HE THEN TAZED ME AGAIN, THEN ON OFFICER TATZEL WHO THEN BEGAN SEARCHING ME GOING IN MY PANTS TOUCHING MY GENITALS, TAKING MY SHOES OFF RUMBXING THREW MY POCKETS THEN (SGT) SGAGLIONE THEN PUT HIS HAND UP MY SWEATER RUBBING MY CHEST AREA COMING OUT OF MY HOODIE WITH NOTHING, OFFICER VALINCHUS THEN PUNCHED ME IN THE HEAD ONCE WHILE I SCREAMED FOR MY MOTHER (WHO WAS ON SCENE) SHE THEN YELLED TO ALL OFFICERS "THAT IS MY SON" IS WHEN I PASSED OUT, THEN WAS AWOKEN BY ANOTHER HIT TO MY HEAD BY OFFICER VALINCHUS I THEN HEARD MY SISTER YELL FOR AN OFFICER TO STOP TOUCHING HER ALSO SAYING "THAT IS MY BROTHER" IS WHEN THE ATTACK STOPPED AND THEN THEY FINALLY TOOK MY LEFT ARM THEN PLACED IT BEHIND MY BACK TO BE PLACED IN HANDCUFFS.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

OFFICERS USED EXCESSIVE FORCE AND UNUSAL FORCE STRIKENG BLOWS TO MY HEAD AND FACE AREA

### SECOND CLAIM

L.T USES EXCESSIVE FORCE AND UNUSAL FORCE TAZING ME MANY TIMES AFTER I SAED I HAD AN HEART PROBCEM.

### THIRD CLAIM

OFFICER HEN FAILED TO PROTECT ALSO FAILED TO INTERVENE TO THE ATTACK THAT WAS ON GOING OR HIS ARRIVAL TO THE SENCE

VI.    RELIEF REQUESTED

State briefly what relief you are seeking in this case.

I AM SEEKING MONETORY RELIEF AS FOLLOWED $2 HELLION FOR COMPENSATORY DEMAGES $2 MECCION FOR PUNITIVE DEMAGE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/29/24

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5